Kathleen C. Jeffries (State Bar #110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790

Attorneys for Defendant
ATM TRANSPORT, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN NIPPONKOA INSURANCE INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATM TRANSPORT, INC.; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. CV 18-1043-JFW (MRWx) <br><br> ORDER ON STIPULATION RE REMAND OF ACTION <br><br> Scheduling Conference <br> Date: March 12, 2018 <br> Time: 1:15 p.m. <br> Place: Courtroom 7A |

Based on the stipulation by and between the parties to this action, plaintiff Sompo Japan Nipponkoa Insurance Inc. and defendant ATM Transport, Inc., and good cause appearing therefor:

IT IS HEREBY ORDERED that this action is remanded to the Superior Court of California, Los Angeles County, in which the action was originally filed as Case No. BC686632, with each party to bear its own costs and attorneys' fees with respect to the removal and subsequent remand.

/ / /

/ / /

1

ORDER ON STIPULATION RE REMAND OF ACTION

IT IS HEREBY FURTHER ORDERED that the Scheduling Conference, set for March 12, 2018 at 1:15 p.m. is vacated.

Dated: February 23, 2018  _____
Judge, United States District Court

2
ORDER ON STIPULATION RE REMAND OF ACTION